

160 A.3d 770

Antonio SIERRA, Appellant

v.

COMMONWEALTH of Pennsylvania, Appellee

No. 27 WAP 2016

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Notice of Appeal is **QUASHED**. The Application for Relief, Application to Proceed In Forma Pauperis, and Pro Se Notice to be Heard Before a Judge are **DISMISSED AS MOOT**.

160 A.3d 770

D.K.D., Respondent

v.

A.L.C., Petitioner

No. 330 WAL 2016

Supreme Court of Pennsylvania.

November 1, 2016

348

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

160 A.3d 771

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lavelle MILLS, Petitioner**

**No. 200 WAL 2016**

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW**, this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.